**Gregory R. SWECKER, Appellant,**

v.

**Mike JOHANNS, in his official capacity**
**as the Secretary of the United States**
**Department of Agriculture, Appellee.**

No. 05–3721.

United States Court of Appeals,
Eighth Circuit.

Submitted: Jan. 24, 2007.

Filed: Jan. 29, 2007.

Gregory R. Swecker, Dana, IA, pro se.

Christopher Donald Hagen, U.S. Attorney, argued, U.S. Attorney's Office, Des Moines, IA, for Appellee.

Before RILEY, MAGILL, and MELLOY, Circuit Judges.

PER CURIAM.

Gregory Swecker appeals from the district court's [1] order granting defendant's motion to dismiss under Federal Rule of Civil Procedure 12(b)(1). Following careful de novo review, *see Green Acres Enters., Inc. v. United States*, 418 F.3d 852, 856 (8th Cir.2005), we agree that dismissal of Swecker's complaint was proper for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Robert W. Pratt, Chief Judge, United States District Court for the Southern District of Iowa.